FILED
JUN 28 2019
CLERK U.S. DISTRICT COURT
NORFOLK, VA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### NEWPORT NEWS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | DOCKET NO. 4:19-MJ-87 |
| ) | (Misdemeanor) |
| CORY L. SCHICK ) | VA 19 |
| ) | |
| ) | Court Date: July 15, 2019 |
| ) | Time: 8:30 a.m. |

## CRIMINAL INFORMATION

### COUNT ONE

(Misdemeanor) Ticket No. 7245758

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 1, 2019, at Fort Eustis, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of this court, in the Eastern District of Virginia, CORY L. SCHICK did illegally enter the confines of Fort Eustis, Virginia, a military installation, without the consent of the Installation Commander. In violation of Annex J, Paragraph 3a (3) to the 633D Air Base Wing Joint Base Langley-Eustis Integrated Defense Plan, dated November 2, 2017. (In

violation of Title 50, United States Code, Section 797.)

           G. ZACHARY TERWILLIGER
           UNITED STATES ATTORNEY

By:  */s/ Jennifer E. Bayles Quirk*
    JENNIFER E. BAYLES QUIRK
    Attorney for the Government
    United States Attorney's Office
    2732 Madison Avenue
    Fort Eustis, Virginia 23604
    Phone: (757) 878-2205, ext 234
    Fax: (757) 878-5289
    Jennifer.e.baylesquirk2.mil@mail.mil

## CERTIFICATE OF SERVICE

I certify that on ~~June 27~~, 2019, I served a true copy of the foregoing CRIMINAL INFORMATION on the defendant CORY L. SCHICK.

_____
JENNIFER E. BAYLES QUIRK
Attorney for the Government
United States Attorney's Office
2732 Madison Avenue
Fort Eustis, Virginia 23604
Phone: (757) 878-2205, ext 234
Fax: (757) 878-5289
Jennifer.e.baylesquirk2.mil@mail.mil